IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K., <br><br> Plaintiffs, <br><br> v. <br><br> TRUE PARKWAY LLC, RBM PARTNERS LLC, and PMR COMPANIES LLC, <br><br> Defendants. | LAW NO: <br><br><br> **PETITION** <br> **(Jury Trial Requested)** |

**COME NOW** the Plaintiffs, Aliyah Kinney, individually and as parent of G.K., and for their causes of action against the Defendants, True Parkway LLC, RBM Partners LLC, and PMR Companies LLC, state the following.

### **PARTIES, JURISDICTION, & VENUE**

1. Plaintiff Aliyah Kinney was a resident of Polk County, Iowa at all times relevant to this case.

2. Plaintiff G.K. was a resident of Polk County, Iowa at all times relevant to this case.

3. Plaintiff G.K. is a minor.

4. Plaintiff Aliyah Kinney is the mother of Plaintiff G.K.

5. Defendant True Parkway LLC was an Iowa limited liability company doing business in Polk County, Iowa at all times relevant to this case.

6. Defendant RBM Partners LLC was a Missouri limited liability company doing business in Polk County, Iowa at all times relevant to this case.

959334

7. Defendant PMR Companies LLC was a Kentucky limited liability company doing business in Polk County, Iowa at all times relevant to this case.

8. The acts and omissions giving rise to Plaintiffs' causes of action occurred in Polk County, Iowa.

9. Venue is proper pursuant to Iowa Code § 616.18.

10. The damages sustained by Plaintiffs exceed the jurisdictional amount of small claims court.

## OPERATIVE FACTS

11. Beginning in October 2018, Plaintiff Aliyah Kinney lived at 5100 EP True Parkway, unit #202, West Des Moines, Iowa 50265. She shared the apartment with her mother, non-party Beverly Kinney.

12. Plaintiff's apartment was part of the Wellington Apartments complex.

13. At all times relevant to this case, Plaintiff's apartment building was owned by Defendant True Parkway LLC (hereinafter called "True Parkway").

14. At all times relevant to this case, Defendant True Parkway had control over the parts of the premises that impacted water intrusion and the damage caused by water intrusion.

15. Defendant True Parkway is listed on the apartment lease agreement as the owner of the apartment.

16. For the period of time from November 1, 2017 through approximately July 25, 2019, the property manager of this apartment was Defendant PMR Companies LLC (hereinafter called "PMR").

17. During the period of time when Defendant PMR was the property manager, Defendant PMR had control over the parts of the premises that impacted water intrusion and the damage caused by water intrusion.

18. After approximately July 26, 2019, the property manager of this apartment was Defendant RBM Partners LLC (hereinafter called "RBM").

19. During the period of time when Defendant RBM was the property manager, Defendant RBM had control over the parts of the premises that impacted water intrusion and the damage caused by water intrusion.

20. As of November 4, 2019, Plaintiff Aliyah Kinney was pregnant.

21. As of November 4, 2019, Plaintiff Aliyah Kinney was more than five weeks away from her due date.

22. Aliyah and baby G.K. were not scheduled to be delivered prior to her estimated delivery date (due date) of December 10, 2019.

23. There was nothing about Aliyah's medical history or the history of her pregnancy with G.K. that suggested a C-section would be necessary. She was a candidate for a trial of labor delivery.

24. On November 4, 2019, Plaintiff Aliyah Kinney was walking through the apartment unit.

25. Suddenly and without warning, the apartment floor collapsed under Aliyah.

26. Aliyah fell as the floor collapsed beneath her.

27. Aliyah was able to stop herself from falling down into her downstairs neighbor's apartment. However, in the fall, she suffered a terrible blow to her abdomen.

28. Aliyah was immediately worried for baby G.K..

29. Early on the morning of November 5, 2019, Aliyah practiced "Count the Kicks," just as she had been doing every day.

30. Aliyah did not feel baby G.K. kick.

31. Aliyah was terrified, and went to the emergency room.

32. Aliyah was placed on fetal monitoring.

33. Fetal monitoring was non-reassuring to the emergency obstetricians attending to her.

34. The physicians ordered a follow-up biophysical profile.

35. The biophysical profile was also non-reassuring to the emergency obstetricians attending to Aliyah.

36. An emergency C-section was ordered.

37. Baby G.K. was born by emergency C-section on November 5, 2019, more than one month before her due date.

38. Baby G.K.'s premature birth by C-section was caused by her mother Aliyah falling through the apartment floor.

39. G.K. was immediately admitted to the neonatal intensive care unit (NICU) of the hospital.

40. G.K. required mechanical breathing assistance, a warmer, and a feeding tube for weeks while hospitalized in the NICU.

41. As a result of the fall and the resulting premature birth, Plaintiff G.K. suffers from serious, permanent disabilities including feeding, breathing, and orthopaedic problems.

## **COUNT I—NEGLIGENCE**
## **ALL DEFENDANTS**

42. Plaintiffs reallege paragraphs 1–41 as if fully set forth herein.

43. Each Defendant owed Plaintiffs a duty of reasonable care regarding the aparment.

44. Each Defendant had a duty to make all repairs and do whatever is necessary to put and keep the apartment in a fit and habitable condition.

45. Each Defendant knew or should have known of the water intrusion that had occurred and continued to occur in the apartment building.

46. Each Defendant knew or should have known that prior and ongoing water intrusion could weaken building materials and cause injury.

47. Each Defendant knew or should have known that the apartment was not safe.

48. Each Defendant knew or should have known that the apartment involved an unreasonable risk of injury to Plaintiffs.

49. Each Defendant knew or should have known that Plaintiffs would not discover the dangerous condition of the apartment, that Plaintiffs would not realize the condition of the apartment presented an unreasonable risk of injury, and/or that Plaintiffs would not protect themselves from the dangerous condition of the apartment.

50. Each Defendant was negligent in one or more of the following ways:

    a. Failing to provide a reasonably safe apartment to the Plaintiffs;

    b. Failing to maintain the premises;

    c. Failing to prevent water intrusion;

    d. Failing to inspect the premises;

    e. Failing to recognize water intrusion and the damage caused by water intrusion;

    f. Failing to act on actual knowledge of water intrusion;

    g. Failing to mitigate the damage caused by water intrusion;

    h. Failing to disclose information about the dangers presented by prior and ongoing water intrusion;

    i. Failing to warn Plaintiffs of the dangers presented by prior and ongoing water intrusion;

    j. Failing to comply with the requirements of applicable building and housing codes materially affecting safety;

    k. Failing to make repairs and do what is necessary to put and keep the premises in a fit and habitable condition; and

    l. Failing to act as a reasonable landlord, owner, or apartment property manager under the circumstances.

51. The negligence of the Defendants caused Plaintiffs' damages.

52. The damages suffered by Plaintiffs were within the scope of the Defendants' liability.

53. The Defendant's conduct constituted a willful and wanton disregard for the rights and safety of Plaintiffs.

## COUNT II—VIOLATION OF IOWA CODE CHAPTER 562A
## ALL DEFENDANTS

54. Plaintiffs reallege paragraphs 1–53 as if fully set forth herein.

55. Each Defendant had a duty to comply with the requirements of applicable building and housing codes materially affecting health and safety.

56. Each Defendant had a duty to make all repairs and do whatever is necessary to put and keep the apartment in a fit and habitable condition.

57. Each Defendant violated the requirements of Iowa Code Chapter 562A in one or more of the following ways:

    a. Failing to provide a reasonably safe apartment to the Plaintiffs;

    b. Failing to maintain the premises;

    c. Failing to prevent water intrusion;

    d. Failing to inspect the premises;

    e. Failing to recognize water intrusion and the damage caused by water intrusion;

    f. Failing to act on actual knowledge of water intrusion;

    g. Failing to mitigate the damage caused by water intrusion;

    h. Failing to disclose information about the dangers presented by prior and ongoing water intrusion;

    i. Failing to warn Plaintiffs of the dangers presented by prior and ongoing water intrusion;

    j. Failing to comply with the requirements of applicable building and housing codes materially affecting safety;

    k. Failing to make repairs and do what is necessary to put and keep the premises in a fit and habitable condition; and

    l. Failing to act as a reasonable landlord, owner, or apartment property manager under the circumstances.

58. These violations by the Defendants caused Plaintiffs' damages.

59. The Defendants' conduct was willful.

### COUNT III—BREACH OF IMPLIED WARRANTY OF HABITABILITY
### ALL DEFENDANTS

60. Plaintiffs reallege paragraphs 1–59 as if fully set forth herein.

61. At the outset of the lease with Plaintiffs, Defendant True Parkway impliedly warranted that there were no latent defects in the apartment, that it was fit for use as a residence, and that these essential features would remain during the entire time that Plaintiffs resided in the unit.

62. As property managers, Defendants PMR and RBM made the same implied warranty of habitability.

63. There were latent defects in the apartment unit related to water intrusion and weakened materials.

64. The Defendants each knew or should have known of the latent defects.

65. An inspection that would have discovered the severity of the water intrusion problems was warranted.

66. Defendants did not properly and timely inspect the apartment unit.

67. The apartment unit was not safe, not sanitary, and it was unfit for habitation.

68. The apartment unit being unsafe and unfit for habitation caused Plaintiffs' damages.

69. The damages suffered by Plaintiffs were within the scope of the Defendants' liability.

### DAMAGES

70. As a result of the negligence, breaches, violations, and failures of the Defendants, Plaintiff Aliyah Kinney suffered injuries and incurred damages as follows:

   a) Past medical expenses;

   b) Future medical expenses;

   c) Past medical expenses of her minor daughter;

   d) Future medical expenses of her daughter until she becomes an adult;

   e) Past physical and mental pain and suffering;

   f) Future physical and mental pain and suffering;

   g) Past loss of full function of the mind and body;

   h) Future loss of full function of the mind and body;

   i) Lost wages;

   j) Loss of future earning capacity;

   k) Loss of consortium, companionship, support, and services;

   l) Punitive damages;

   m) Attorney fees; and

   n) Other miscellaneous expenses.

71. As a result of the negligence, breaches, violations, and failures of the Defendants, Plaintiff G.K. suffered injuries and incurred damages as follows:

   a) Future medical expenses;

   b) Past physical and mental pain and suffering;

   c) Future physical and mental pain and suffering;

   d) Past loss of full function of the mind and body;

e) Future loss of full function of the mind and body;

f) Loss of future earning capacity;

g) Loss of consortium, companionship, support, and services;

h) Punitive damages;

i) Attorney fees; and

j) Other miscellaneous expenses.

**WHEREFORE,** Plaintiffs, Aliyah Kinney, individually and as parent of G.K., respectfully request a judgment against Defendants, True Parkway LLC, RBM Partners LLC, and PMR Companies LLC, for the injuries and damages they have sustained, together with interest and costs, all as provided by law, and for any other relief to which they are entitled.

## **REQUEST FOR A JURY TRIAL**

Plaintiffs hereby request a jury trial of all issues so triable in this action.

Respectfully submitted,

By:  /s/Andrew Heiting-Doane
Andrew Heiting-Doane AT0009394
LaMARCA LAW GROUP, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, Iowa 50325
Telephone: 515-225-2600
Facsimile: 515-225-8581
E-mail:    andy@lamarcalawgroup.com
ATTORNEY FOR PLAINTIFFS

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K.<br><br>Plaintiff,<br>v.<br><br>TRUE PARKWAY LLC, RBM PARTNERS LLC, AND PMR COMPANIES LLC<br><br>Defendants. | LAW NO:<br><br><br><br>**ORIGINAL NOTICE – TRUE PARKWAY LLC** |

TO THE ABOVE-NAMED DEFENDANT: True Parkway, LLC
c/o National Registered Agents, Inc.
400 E. Court Ave.
Des Moines, IA 50309

**\*THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING\***

You are notified that a Petition at Law has been filed in the office of the Clerk of this Court, naming you as a Defendant in this action. A copy of the Petition is attached to this notice. The attorney for the Plaintiff is Andrew Heiting-Doane of LaMarca Law Group, P.C., 1820 NW 118th Street, Suite 200, Des Moines, Iowa 50325. The phone number of these attorneys is (515) 225-2600.

You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you, and within a reasonable time thereafter <u>electronically</u> file your motion or answer with the Clerk of Court for Polk County. If you do not file an Answer, judgment by default may be rendered against you for the relief demanded in the Petition. You must register through the Iowa Judicial Branch website at <u>http://www.iowacourts.state.ia.us/Efile</u> and obtain a log in and password for the purposes of filing and reviewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM: <u>http://www.iowacourts.state.ia.us/Efile</u>.

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: <u>http://www.iowacourts.state.ia.us/Efile</u>.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

<u>**IMPORTANT**</u>: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

969357                                                                                     1

E-FILED 2021 JUL 23 8:22 AM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACL151107**
County **Polk**

Case Title    **ALIYAH KINNEY V TRUE PARKWAY LLC ET AL**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **07/23/2021 08:22:39 AM**



District Clerk of Polk           County
**/s/ Christy Wagner**

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K. <br><br> Plaintiff, <br><br> v. <br><br> TRUE PARKWAY LLC, RBM PARTNERS LLC, AND PMR COMPANIES LLC <br><br> Defendants. | LAW NO: <br><br><br> **ORIGINAL NOTICE – RBM PARTNERS LLC** |

TO THE ABOVE-NAMED DEFENDANT: RBM Partners, LLC
c/o Angela Hickey, Registered Agent
393 N. Euclid Ave, Suite 300
St. Louis, MO 63108

**\*THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING\***

You are notified that a Petition at Law has been filed in the office of the Clerk of this Court, naming you as a Defendant in this action. A copy of the Petition is attached to this notice. The attorney for the Plaintiff is Andrew Heiting-Doane of LaMarca Law Group, P.C., 1820 NW 118th Street, Suite 200, Des Moines, Iowa 50325. The phone number of these attorneys is (515) 225-2600.

You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you, and within a reasonable time thereafter electronically file your motion or answer with the Clerk of Court for Polk County. If you do not file an Answer, judgment by default may be rendered against you for the relief demanded in the Petition. You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and reviewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM: http://www.iowacourts.state.ia.us/Efile.

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

**_IMPORTANT:_** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

969357                                                         1

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | **LACL151107** |
| County | **Polk** |

Case Title   **ALIYAH KINNEY V TRUE PARKWAY LLC ET AL**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **07/23/2021 08:22:39 AM**



District Clerk of Polk           County
**/s/ Christy Wagner**

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K.<br><br>Plaintiff,<br><br>v.<br><br>TRUE PARKWAY LLC, RBM PARTNERS LLC, AND PMR COMPANIES LLC<br><br>Defendants. | LAW NO:<br><br><br><br>**ORIGINAL NOTICE – PMR COMPANIES LLC** |

TO THE ABOVE-NAMED DEFENDANT: PMR Companies, LLC
c/o Deborah Hagerman Charlton, Registered Agent
2301 River Road #201
Louisville, KY 40206

**\*THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING\***

You are notified that a Petition at Law has been filed in the office of the Clerk of this Court, naming you as a Defendant in this action. A copy of the Petition is attached to this notice. The attorney for the Plaintiff is Andrew Heiting-Doane of LaMarca Law Group, P.C., 1820 NW 118th Street, Suite 200, Des Moines, Iowa 50325. The phone number of these attorneys is (515) 225-2600.

You must serve a motion or answer within twenty (20) days after service of this Original Notice upon you, and within a reasonable time thereafter electronically file your motion or answer with the Clerk of Court for Polk County. If you do not file an Answer, judgment by default may be rendered against you for the relief demanded in the Petition. You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and reviewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM: http://www.iowacourts.state.ia.us/Efile.

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

**_IMPORTANT_**: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

969357                                                         1

# Iowa Judicial Branch

Case No. **LACL151107**
County **Polk**

Case Title   **ALIYAH KINNEY V TRUE PARKWAY LLC ET AL**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued  **07/23/2021 08:22:39 AM**



District Clerk of Polk          County
**/s/ Christy Wagner**

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Iowa** | **County of Polk** | **District Court** |

Case Number: LACL151107

Plaintiff:
**ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K.**

vs.

Defendant:
**TRUE PARKWAY LLC, RBM PARTNERS LLC, AND PMR COMPANIES LLC**

For:
LaMarca Law Group
1820 NW 118th Street
Suite 200
Des Moines, IA 50325

Received by Burris Process Serving, LLC on the 6th day of August, 2021 at 1:59 pm to be served on **TRUE PARKWAY, LLC C/O NATIONAL REGISTERED AGENTS, INC., 400 E COURT AVE, DES MOINES, IA 50309**.

I, Alese Burris, being duly sworn, depose and say that on the **6th day of August, 2021 at 2:25 pm, I:**

Served a **REGISTERED AGENT** by delivering a true copy of the **ORIGINAL NOTICE, PETITION** with the date and hour of service endorsed thereon by me, to: **LISA DARRELL as Registered Agent** at the address of: **400 E COURT AVE, DES MOINES, IA 50309** on behalf of **TRUE PARKWAY, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th day of August, 2021.

NOTARY PUBLIC

LEAH BURRIS
Commission Number 824421
My Commission Expires
March 23, 2023

Alese Burris
Process Server

Burris Process Serving, LLC
300 E Grand Ave
Suite 611
Des Moines, IA 50309
(515) 978-8558

Our Job Serial Number: BPL-2021000477

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

## AFFIDAVIT OF SERVICE

**State of Iowa**          **County of Polk**          **District Court**

Case Number: LACL151107

Plaintiff:
**Aliyah Kinney, Individually and as Parent of G.K.**

vs.

Defendant:
**True Parkway LLC, RBM Partners LLC, and PMR Companies LLC**

For:
Barbara Bray
Lamarca Law Group, P.C.
1820 Nw 118th St. Suite 200
Des Moines, IA 50325

Received by Louisville Metro Process Services on the 6th day of August, 2021 at 12:40 pm to be served on **Pmr Companies Llc C/O Deborah Hagerman Charlton Registered Agent, 2301 River Road #201, Louisville, KY 40206.**

I, Samantha Ramey, being duly sworn, depose and say that on the **6th day of August, 2021 at 2:41 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Original Notice - PMR Companies LLC, Petition.** with the date and hour of service endorsed thereon by me, to: **Deborah Charlton as CEO for Pmr Companies Llc**, at the address of: **Pmr Companies, 2301 River Road #201, Louisville, KY 40206**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 140, Hair: Blonde/Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 6th day of August, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

Samantha Ramey
Process Server

Louisville Metro Process Services
9513 Dixie Hwy.
Louisville, KY 40272
(502) 489-4533

Our Job Serial Number: LOM-2021000225

## AFFIDAVIT OF SERVICE

| Case: LACL151107 | Court: IN THE IOWA DISTRICT COURT FOR POLK COUNTY | County: | Job: 5982132 |
|---|---|---|---|
| Plaintiff / Petitioner: ALIYAH KINNEY, INDIVIDUALLY AND AS PARENT OF G.K. | | Defendant / Respondent: TRUE PARKWAY LLC, RBM PARTNERS LLC, AND PMR COMPANIES LLC | |
| Received by: MOPS, LLC | | For: LaMarca Law Group, P.C | |
| To be served upon: RBM Partners, LLC c/o Angela Hickey, Registered Agent | | | |

I, Pam King Wheetley, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to make service of the documents and informed the said person of the contents herein.

I have served the attached documents by:
____ delivering a copy of the service documents to the Defendant.
____ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below, who is a person over the age of 15 years.
_X__ (for service on a corporation) delivering a copy of the service documents to the person identified below.
____Documents could not be served due to lack of contact with the subject.

SERVED IN ST LOUIS CITY COUNTY AND IN THE STATE OF MO

Recipient Name / Address:  RBM Partners, LLC c/o Angela Hickey, Registered Agent D Crouch, COMPANY: 393 N EUCLID AVE STE 300, SAINT LOUIS, MO 63108
Manner of Service:  Authorized, Aug 13, 2021, 11:17 am CDT
Documents:  SUMMONS; COMPLAINT (Received Aug 6, 2021 at 11:49am CDT)

Additional Comments:
1) Successful Attempt: Aug 13, 2021, 11:17 am CDT at COMPANY: 393 N EUCLID AVE STE 300, SAINT LOUIS, MO 63108 received by RBM Partners, LLC c/o Angela Hickey, Registered Agent D Crouch. Age: 50's; Ethnicity: Hispanic; Gender: Male; Weight: 230; Height: 5'6"; Hair: Black; Eyes: Brown; Other: Stated that Angela is no longer with company he is authorized to accept on behalf of the company;

PAM KING WHEETLEY   Date 8/13/21
PROCESS SERVER, IL PERC - 129396357,
ST LOUIS CITY PROCESS SERVER ID #
650, KCMO 16TH DISTRICT PPS #PPS21-0486

MOPS, LLC
1430 Washington Ave Suite 220
St Louis, MO 63103
314-520-3590

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 8-13-21    Commission Expires 5-26-25

MORIAH D. LINCOLN
Notary Public - Notary Seal
State of Missouri
Commissioned for Cole County
My Commission Expires: May 26, 2025
Commission Number: 21537102